UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 21 A 10: 56
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

August 21, 2000

Memo to Counsel Re: Hughes Electronics Corp. v. Gilat Satellite Networks Ltd.
Civil No. JFM-00-1329

Dear Counsel:

This will confirm the schedule set during the conference held on August 17, 2000.

| | |
|---|---|
| September 18, 2000 | Defendants' motion and supporting memorandum for claim construction due |
| October 16, 2000 | Plaintiff's opposition due |
| October 30, 2000 | Defendants' reply due |
| November 7, 2000 | Plaintiff's surreply due |
| November 20, 2000 9:30 a.m. | Hearing on claim construction |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

